| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Austin P. Nagel, Esq. #118247<br>LAW OFFICES OF AUSTIN P. NAGEL<br>111 Deerwood Rd., Suite 305<br>San Ramon, CA 94583<br>(925) 855-8080 (phone)<br>(925) 855-8090 (fax)<br>melissa@apnagellaw.com<br><br>☒ *Attorney for Movant*<br>☐ *Movant appearing without an attorney* | **FILED & ENTERED**<br><br>DEC 06 2017<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** moser    **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –*RIVERSIDE* DIVISION**

| In re:<br><br>DANIEL L. HORKEY and<br>CARMELA HORKEY<br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 6:17-bk-18471-MW<br>CHAPTER: 7<br><br>**ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br><br>DATE: 12/05/2017<br>TIME: 9:00 am<br>COURTROOM: Video Courtroom 225<br>PLACE: 3420 Twelfth Street,<br>        Riverside, CA |

**Movant:** WELLS FARGO BANK, N.A.

1. The Motion was: ☐ Opposed  ☒ Unopposed  ☐ Not Prosecuted

2. The description of the Property or Nonbankruptcy Action to which this order applies is as follows *(specify street address, legal description, personal property description or Nonbankruptcy Action)*:

   *Street Address*: 5305 Bain Street, Mira Loma, CA 91752

   *Legal Description*: Parcel 2 Of Tract 12287, In The City Of Mira Loma, County Of Riverside, As Per Map Recorded In Book 55, Page(s) 99, Or Parcel Maps, In The Office Of The County Recorder Of Said County.

3. The Motion is denied:  ☒ without prejudice  ☐ with prejudice  ☐ on the following grounds:

   a. ☐ Based upon the findings of fact and conclusions of law made on the record at the hearing
   b. ☐ Unexcused non-appearance by Movant
   c. ☐ Lack of proper service
   d. ☐ Lack of good cause shown for relief from stay

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                                                 Page 1                                                            F 4001-1.RFS.DENY.ORDER

e. ☐ No stay is in effect under:

   (1) ☐ 11 U.S.C. § 362(c)(2)(A)

   (2) ☐ 11 U.S.C. § 362(c)(2)(B)

   (3) ☐ 11 U.S.C. § 362(c)(3)(A)

   (4) ☐ 11 U.S.C. § 362(c)(4)(A)

f. ☒ Other *(specify)*:

   Movant was deemed by Court to be adequately protected because the debtors appear to have about $70,000 of equity in the subject property

4. ☐ Movant may not file another motion for relief from the stay in this bankruptcy case absent a court order authorizing the filing of another motion.

###

Date: December 6, 2017

Mark S. Wallace
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*    Page 2    F 4001-1.RFS.DENY.ORDER